# Court of Appeals
# of the State of Georgia

ATLANTA,  February 04, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1175.  LAKETIA CURRY et al. v. BANK OF AMERICA, N. A.**

This case began in magistrate court after Bank of America, N. A. filed a dispossessory proceeding against Debra Curry, Executor and POA of Laketia Curry. Following an unfavorable ruling in the magistrate court, Curry appealed to superior court.  Bank of America filed a motion for summary judgment, which the superior court subsequently granted and issued a writ of possession to Bank of America. Curry then filed a timely notice of appeal.  We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal.  OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003).  "Compliance with the discretionary appeals procedure is jurisdictional."  *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Curry's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  02/04/2020*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*